1  THOMAS G. BEATTY (State Bar No. 75794)
   LISA R. ROBERTS (State Bar No. 141171)
2  McNAMARA, DODGE, NEY, BEATTY,
    SLATTERY, PFALZER, BORGES & BROTHERS LLP
3  1211 Newell Avenue
   Walnut Creek, CA 94596
4  Telephone: (925) 939-5330
   Facsimile: (925) 939-0203
5
   Attorneys for Defendants
6  NAPA VALLEY UNIFIED SCHOOL DISTRICT, DAVID BROWN, RON
   GOLDBERG, KAREN CHASE, KATHLEEN KERNBERGER, MARY
7  MYERS and KATHLEEN DAUGHERTY

8                        U.S. DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  ANNAMARIA M., a minor, by her Next Friend ANTIONETTE M., | Case No. CO3-0101 VRW |
| 11 | |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE HEARING RE: DEFENDANTS' MOTION TO DISMISS, MOTION TO STRIKE, OR, ALTERNATIVELY, MOTION FOR MORE DEFINITE STATEMENT** |
| 12 | |
| vs. | |
| 13 | |
| 14  NAPA VALLEY UNIFIED SCHOOL DISTRICT, DAVID BROWN, RON GOLDBERG, KAREN CHASE, KATHLEEN KERNBERGER, MARY MYERS and KATHLEEN DAUGHERTY, GERARDO M. (No relation), a minor; OSCAR S., a minor; Does 1 - 100, | [ FRCP, Rules 12(b)(6); 12(e) and 12(f); LR 7.0] |
| 15 | Date     Thurs, 2/16/06 |
| | Time     2 p.m. |
| 16 | Dept     6, 17th Floor |
| | Judge    The Honorable Vaughn R. Walker |
| 17 | |
| | Complaint Filed           : 1/08/03 |
| 18  Defendants. | 1st Amended Complaint Filed : 3/27/03 |
| | 2nd Amended Complaint Filed : 5/02/05 |

19

20

21

22  **IT IS HEREBY STIPULATED** and mutually agreed by and between plaintiff

23  ANNAMARIA M., a minor, by her Next Friend ANTIONETTE M. ("Plaintiff') and defendants

24  NAPA VALLEY UNIFIED SCHOOL DISTRICT (the "District"), DAVID BROWN, RON

25  GOLDBERG, KAREN CHASE, KATHLEEN KERNBERGER, MARY MYERS and

26  KATHLEEN DAUGHERTY (the "District Employees") (collectively the "District Defendants")

27  and their respective counsel that the hearing on District Defendants Motion to Dismiss, continued

28  by Court Order to February 16, 2006, be further continued to March 9, 2006, due to counsels

1  availability.  The matter shall be heard in Courtroom 6, 17th Floor of the above-entitled Court,
2  whose address is U.S. District Court, 450 Golden Gate Ave_, **San** Francisco,
3      Counsel in this matter hereby confirm their **availability** for District Defendants' Motion to
4  be heard on **Thursday, March 9, 2006 at 2 pm,** pursuant to the Court's approval.
5      **SO STIPULATED.**

7  Dated; ___Feb 13___, 2006    By _____
8      **Seth L :Goldstein, E .**
    **Attorneys for Plaintiff**
    **ANNAMARIA M., a minor,**
    **by her Next Friend, ANTIONETTE M.**

11      **MCNAMARA, DODOC, NsY, BEATrY,**
    **SLATTERY, PFALZER, BORGES & BROTHERS LLP**

13  Dated:_____. 2005    By
14      **Dias G. Beatty, Esq**
    **Lisa R. Roberts, Esq.**
    **Attorneys for Defendants**
    **NAPA VALLEY UNIFIED SCHOOL DISTRICT, DAVID BROWN,**
    **RON GOLDBERG, KAREN CHASE,**
    **KATHLEEN KERNBERGER, MARY MYERS**
    **and KATHLEEN DAUGHERTY**

18      **ᵇER**
19  **Good cause appearing therefor, IT IS HEREBY ORDERED that**
20      1.    **The February 16, 2006 hearing on District Defendants' Motion to Dismiss**
21      **be vacated and shall now be heard on March 9, 2006 at 2 pm, in**
22      **Courtroom "6", 17th Floor of the above-entitled Court located at** *450*
23      **Golden Gate Ave., San Francisco.**
24      **SO ORDERED.**
25  **Dated:**      **2006**
26      **Vaughn R. Walker, Chief Judge**
    **U.S. DISTRICT COURT**

1  availability.  The matter shall be heard in Courtroom 6, 17th Floor of the above-entitled Court,

2  whose address is U.S. District Court, 450 Golden Gate Ave., San Francisco.

3  Counsel in this matter hereby confirm their availability for District Defendants' Motion to

4  be heard on **Thursday, March 9, 2006 at** 2 **pm,** pursuant to the Court's approval.

5  **SO STIPULATED.**

LAW OFFICES OF SETH L. GOLSTEIN

7  Dated: _____, 2005       By _____
Seth L .Goldstein, Esq.
Attorneys for Plaintiff
ANNAMARIA M., a minor,
by her Next Friend, ANTIONETTE M.

MCNAMARA, DODGE, NEY, BEATTY,
SLATTERY, PFALZER, BORGES & BROTHERS LLP

13  Dated: _____(2)_____, 20C(V    By _____
Thomas G. Beatty, Esq.
Lisa R. Roberts, Esq.
Attorneys for Defendants
NAPA VALLEY UNIFIED SCHOOL
DISTRICT, DAVID BROWN,
RON GOLDBERG, KAREN CHASE,
KATHLEEN KERNBERGER, MARY MYERS
and KATHLEEN DAUGHERTY

## ORDER

19  Good cause appearing therefor, **IT IS HEREBY ORDERED** that

20  1.  The February 16, 2006 hearing on District Defendants' Motion to Dismiss

21  be vacated and shall now be heard on **March 9, 2006 at** 2 **pm, in**

22  **Courtroom "6", 17th Floor of the above-entitled Court located at 450**

23  **Golden Gate Ave., San Francisco.**

24  **SO ORDERED.**

25  Dated: __February 14__, 2006

*IT IS SO ORDERED*
*Judge Vaughn R Walker*
*UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*