Seth L. Goldstein, S.B.N. 176882
2100 Garden Road, Suite H-8
Monterey, California, 93940
Telephone  (831) 372 9511
Fax            (831) 372 9611

Attorney for ANNAMARIA M.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNAMARIA M. a minor, by her Next Friend, ANTIONETTE M., <br> Plaintiff, <br><br> vs <br><br> NAPA VALLEY UNIFIED SCHOOL DISTRICT, GERARDO M. (No relation), a minor; OSCAR S., a minor; Does 1-100, <br><br> Defendants. | Case No.: C 03 0101 VRW <br><br> **JOINT *EX PARTE* MOTION AND** ~~PROPOSED~~ **ORDER RE REMOVAL OF DOCUMENT NUMBER 61, FILED ON FEB. 27, 2007, IN ERROR** |

**PLEASE TAKE NOTICE THAT PLAINTIFF AND DEFENDANT NAPA VALLEY UNIFIED,** jointly, *ex parte*, move that Document #61, filed with the last name of the minor plaintiff in this action, be removed from the e-filing system.

The parties herein recognize that the minor's compromise and accompanying settlement agreement was mistakenly filed showing the last name of the minor plaintiff. Plaintiff has asked that

1  the document be sealed and the technical support division of this court has requested that a motion
2  be made to remove said document.
3  Respectfully submitted,
4
5  Dated: April 26, 2007
6                                          Seth L. Goldstein,
                                            Attorney for Plaintiff
7
8
9  Dated: April 2L, 2007
                                            LISA ROBERTS ,
10                                          Attorney for Napa Valley Unified Schools
11
12                                          ORDER
13      Per the request of Plaintiff due to mistaken filing of a document containing the last name
14  of the protected minor, it is hereby ordered that Document #61, filed on February 27, 2007, be
15  removed from the electronic filing system.
16  Dated: __June 4_____, 2007
17
18                                          IT IS SO ORDERED
19
20  Court                                   Judge Vaughn R Walker
21

