1  Seth L. Goldstein, S.B.N. 176882
2  2100 Garden Road, Suite H-8
   Monterey, California, 93940
3  Telephone  (831) 372 9511
   Fax          (831) 372 9611
4
5  Attorney for ANNAMARIA M.

6

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ANNAMARIA M. a minor, by her Next Friend, ANTIONETTE M., <br><br>　　　　　Plaintiff, <br><br>vs <br><br>NAPA VALLEY UNIFIED SCHOOL DISTRICT, GERARDO M. (No relation), a minor; OSCAR S., a minor; Does 1-100, <br><br>　　　　　Defendants. | Case No.: C 03 0101 VRW <br><br> **JOINT *EX PARTE* MOTION FOR DISMISSAL AS TO NAPA VALLEY UNIFIED SCHOOL DISTRICT ONLY; ORDER THEREON** <br><br> Judge: Hon. Vaughn Walker <br><br> *Ex Parte* |

***PLEASE TAKE NOTICE THAT*** Plaintiff and Defendant Napa Valley Unified School District, jointly, make an *ex parte* request that Defendant Napa Valley Unified School District be dismissed from this action, with prejudice.

Per the settlement agreement executed between Plaintiff and Defendant Napa Valley Unified Schools, this matter may be dismissed as to the Defendant Napa Valley Unified School District only.

Per the agreement, both parties to assume their own attorneys' fees and costs.

Dated: April 26, 2007

_____
Seth L. Goldstein,
Attorney for Plaintiff

Dated: April 26, 2007

_____
LISA ROBERTS
Attorney for Napa Valley Unified Schools

Dismissal as to NVUSD                           - 2 -

## ORDER

Per the joint request and settlement agreement executed between the parties listed herein, Defendant Napa Valley Unified School District is dismissed from this action with prejudice. Both Plaintiff and Defendant Napa Valley Unified Schools to assume their own attorney's fees and costs.

Dated: \_\_\_\_June 4\_\_\_\_, 2007

